UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ALEXANDER HERNANDEZ RODRIGUEZ,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                    Respondents. | Case No.: 3:25-cv-01897-CAB-VET<br><br>**ORDER TO RESPOND** |

On July 25, 2025, Petitioner Erick Rodriguez, a citizen of El Salvador, filed a petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241 against Respondents Christopher J. Larose (Senior Warden, Otay Mesa Detention Center), Joseph Freden (Acting Field Office Director, U.S. Immigration and Customs Enforcement ("ICE")), Todd M. Lyons (Acting Director, ICE), U.S. Secretary of Homeland Security Kristi Noem, and U.S. Attorney General Pam Bondi.  [Doc. No. 1.]

"The Rules Governing § 2254 cases in the United States Courts may be applied to habeas corpus petitions filed pursuant to 28 U.S.C. § 2241." *Khouanmany v. Painter*, No. 2:24-cv-01189-CKD, 2024 WL 4528162, at *1 n.1 (E.D. Cal. Oct. 18, 2024) (citing Habeas Rule 1(b)).  Under Habeas Rule 4, the Court must "conduct a preliminary review of each

petition" and dismiss a petition if "it plainly appears . . . that the petitioner is not entitled to relief." *Id.*

Petitioner alleges that on June 1, 2025, while driving two passengers for Uber, he accidentally crossed into Mexico after missing the last U.S. exit and was detained by U.S. Customs and Border Patrol upon attempting to re-enter the U.S. and placed into ICE custody. Petitioner alleges that the Department of Homeland Security has issued an expedited order for his removal. Petitioner asserts that he holds DACA status and is married to a U.S. citizen (who is pregnant and due any day) and has a U.S. citizen daughter. He seeks this Court to order that his detention is unlawful, and order either his release or that Respondents provide him a bond hearing. Having reviewed the Petition, the Court finds that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)). Accordingly, the Court **ORDERS** Respondents to file a response to the Petition by **August 1, 2025**.

It is **SO ORDERED**.

Dated: July 28, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge